# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2007

133277

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRISTOL WEST INSURANCE COMPANY,
      Plaintiff-Appellee,

v

                             SC: 133277
                             COA: 270527
                             Macomb CC: 2005-001361-CK

JAMES R. GONZALEZ, JR.,
          Defendant-Appellant,

and

JENNIFER DIBBLE,
          Defendant.

_____/

      On order of the Court, the application for leave to appeal the January 16, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2007

_____

s0613                                    Clerk